UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 3:17 PO 098 |
| Plaintiff, | : | MICHAEL J. NEWMAN<br>United States Magistrate Judge |
| vs. | : | |
| KENNETH J. LILL, | : | GOVERNMENT'S MOTION FOR DISMISSAL |
| Defendant. | | |

Now comes the United States, by and through counsel, and respectfully requests the Court dismiss the above captioned case.

Respectfully submitted,

BENJAMIN C. GLASSMAN
United States Attorney

s/Laura I. Clemmens
LAURA I. CLEMMENS (OR 02276)
Assistant United States Attorney
Attorney for Plaintiff
200 West Second Street, Suite 600
Dayton, Ohio 45402
Office: (937) 225-2910
Laura.Clemmens@usdoj.gov

*[handwritten: Granted, MJN 8/9/17]*

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing Motion was electronically filed on 03 July 2017 and Defense Counsel of Record will be notified of this Motion through CM/ECF.

s/Laura I. Clemmens
LAURA I. CLEMMENS (OR 02276)
Assistant United States Attorney

1